UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| **ERIN WILSON, individually and on behalf of others similarly situated**<br><br>*Plaintiff*<br><br>v.<br><br>**WISE UP FINANCIAL LLC**<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:26-cv-00616-JPB<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF SERVICE

I, Ryan Schedler, state:

I am authorized to serve process in the state where the subject was served.

I served the following documents to WISE UP FINANCIAL LLC in Travis County, TX on February 4, 2026 at 5:30 pm at 5900 Balcones Dr, Ste 100, Austin, TX 78731-4298 by leaving the following documents with Jessica Patton who as Document processor at Registered agents Inc. is authorized by appointment or by law to receive service of process for WISE UP FINANCIAL LLC.

SUMMONS IN A CIVIL ACTION (To: WISE UP FINANCIAL LLC), CIVIL COVER SHEET, CLASS ACTION COMPLAINT, Proof of Service
Race: Hispanic or Latino, Sex: Female, Est. Age: 25-34, Hair: Brown, Glasses: N, Est. Weight: 120 lbs to 140 lbs, Est. Height: 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=30.341605,-97.7550716667
Photograph: See Exhibit 1

Total Cost: $95.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

____Travis County_____,

____TX_____ on ___2/7/2026_____.

/s/ *Ryan Schedler*
_____
Signature
Ryan Schedler
+1 (972) 979-8801



Exhibit 1a)