UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

|  |  |  |
|---|---|---|
| ERIN WILSON, individually and on behalf of others similarly situated, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiff, | | |
| v. | | Civil Action No. 1:26-cv-0616-JPB |
| WISE UP FINANCIAL LLC, | | |
| Defendant. | | |

**STIPULATED MOTION TO EXTEND DEFENDANTS' TIME TO ANSWER**

Plaintiff Erin Wilson and defendant Wise Up Financial LLC., respectfully move the Court to extend the defendants' time to answer the Complaint. In support of their joint request, the parties show the Court as follows:

1. Plaintiff filed her Complaint against Defendants in this matter on February 3, 2026. *See* Dkt. 1. A Summons was issued on February 3, 2026. *See* Dkt. 2.

2. According to the Court's docket, Plaintiff served Defendant with process on February 4, 2026. *See* Dkt. 5. By operation of Fed. R. Civ. P. 12(a)(1)(A)(i), therefore, Defendant's deadline to answer, move, or otherwise respond to the Complaint is *presently* on February 25, 2026.

3. The parties have agreed and hereby request that the Court extend the deadline for the defendant to answer or move in response to the Complaint to March 27, 2026, which represents a 30-day extension of the current deadline.

**CONCLUSION**

The parties respectfully request that the Court extend the defendants' deadline to respond to plaintiff's complaint until March 27, 2026.

Respectfully submitted, this 24th day of February, 2026

*s/Anthony Paronich*
Anthony Paronich, Mass. BBO No. 678437
anthony@paronichlaw.com
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
617-485-0018
Attorney for Plaintiff and the Proposed Class

## **CERTIFICATE OF SERVICE**

I hereby certify that, on February 24, 2026, the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic docket.