# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| ERIN WILSON, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>WISE UP FINANCIAL, LLC<br><br>Defendant. | Case No.  1:26-cv-0616-JPB |

## SECOND STIPULATED MOTION TO EXTEND
## DEFENDANT'S TIME TO ANSWER

Plaintiff Erin Wilson, through its counsel, Anthony Paronich, and Defendant Wise Up Financial ("Wise Up" ) hereby move this court to grant one additional extension of fourteen days (14) days for Wise to file its response to Plaintiff's Complaint.

In support of this Stipulation, the parties certify to the Court as follows:

1.      Plaintiff filed her Complaint against Defendants in this matter on February 3, 2026. *See* Dkt. 1. A Summons was issued on February 3, 2026. *See* Dkt. 2.

2.      2. According to the Court's docket, Plaintiff served Defendant with process on February 4, 2026. *See* Dkt. 5.

3.      Defendant's initial deadline to respond to Plaintiff's complaint was February 25, 2026.

4.      Plaintiff filed through counsel a motion to permit Defendant an extension of thirty (30) days to respond to the complaint.  This motion was filed on February 24, 2026.  The extension was granted and the date for Defendant to respond was reset to March 27, 2026.

5.      The Parties have agreed to an additional extension, of fourteen (14) days from the current filing deadline, or April 10, 2026.

6.      The Parties have the intention of discussing a settlement and they believe that they require additional time to determine whether they will be able to reach an agreement on a settlement.

5.      The deadline for the answer has not expired.

6.      The parties anticipate that this will be the final extension request.

## CONCLUSION

I certify that, upon filing this Motion with the court, a copy will be provided to Plaintiff's counsel by email.

Wherefore, the Plaintiff and Wise Up respectfully pray that this court extend the time for Wise Up to respond to Plaintiff's Complaint to April 10, 2026.

Respectfully submitted this 27th day of March, 2026.

> *s/Anthony Paronich*
> Anthony Paronich, Mass. BBO No.
> 678437 anthony@paronichlaw.com
> Paronich Law, P.C.
> 350 Lincoln Street, Suite 2400
> Hingham, MA 02043
> 617-485-0018
> Attorney for Plaintiff
> and the Proposed Class