UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ERIN WILSON,

        Plaintiff,

        v.

WISE UP FINANCIAL LLC,

        Defendant.

CIVIL ACTION NO.
1:26-CV-00616-JPB

## **ORDER**

The record indicates that Plaintiff served Defendant on February 4, 2026 [Doc. 5].  The deadline for Defendant to answer was extended to April 10, 2026.  Even though Defendant has not answered, Plaintiff has not asked for a clerk's entry of default or proceeded with obtaining a default judgment.  See Fed. R. Civ. P. 55 (providing procedure for obtaining a default judgment).  Accordingly, the Court **DIRECTS** Plaintiff to file no later than July 6, 2026, either: (1) a request for a clerk's entry of default; or (2) a notice explaining why Plaintiff is not seeking default at this time.

Failure to comply with this Order may result in dismissal.  In the event the motion is not filed, the Clerk is **DIRECTED** to submit the case at the expiration of the applicable time period.

**SO ORDERED** this 26th day of June, 2026.

J. P. BOULEE
United States District Judge