# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

ERIN WILSON, on behalf of herself
and others similarly situated,

     Plaintiff,

v.

WISE UP FINANCIAL LLC

     Defendant.

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

Case No. 1:26-cv-00616-JPB

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff files this Notice of Voluntary Dismissal with Prejudice pursuant to

Fed. R. Civ. P.41(a)(1)(A).

DATED this 26th day of June, 2026.

               */s/ Anthony I. Paronich*
               Anthony I. Paronich *
               Paronich Law, P.C.
               350 Lincoln Street, Suite 2400
               Hingham, MA 02043
               Tel: (617) 485-0018
               anthony@paronichlaw.com

               *\* Pro hac vice application to be filed*